AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHRISTOPHER W. TAYLOR,

                Plaintiff,

                JUDGMENT IN A CIVIL CASE

                v.

STATE OF WASHINGTON, JUDGE RUKOLF, COURT COMMISSIONER, JAMES P. HAGARTY, PATRICIA D. POWERS, DEPARTMENT OF ASSIGNED COUNSEL SUPERVISOR and CHAD DOLD,                Defendants.

CASE NUMBER: CV-12-3020-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| May 9, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |